FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 AUG -9 AM 10: 19

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOEL R. KASWELL, | * |
| Plaintiff | * |
| v. | *   Civil Action No.: **RDB 13 CV 2315** |
| WELLS FARGO BANK, N.A., | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF REMOVAL

Defendant, Wells Fargo Bank, N.A. ("Wells Fargo" or "Defendant"), by its attorneys and pursuant to 28 U.S.C. §§ 1331 and 1441, et seq., hereby files this Notice of Removal from the Circuit Court for Baltimore City (Maryland) to the United States District Court for the District of Maryland, and as grounds for removal states:

1. Plaintiff Joel R. Kaswell ("Plaintiff") filed a Complaint (the "Complaint") against Wells Fargo in the Circuit Court for Baltimore City on or about July 8, 2013.

2. Wells Fargo was served with a copy of the Complaint and summons on July 15, 2013.

3. Plaintiff's Complaint alleges, inter alia, violations of the Equal Credit Opportunity Act, 15 U.S.C. § 1691(d) ("ECOA"). Complaint, ¶¶ 29-47. The Complaint also asserts claims under state law.

4.  This action is subject to removal pursuant to 28 U.S.C. §§ 1331 and 1441(a) at the request of Defendant because certain of Plaintiff's claims arise under the laws of the United States.

5.  This Court has supplemental jurisdiction over the state law causes of action pursuant to 28 U.S.C. § 1367.

6.  Removal is timely. Wells Fargo has filed this Notice of Removal within 30 days of receiving a copy of the Summons and Complaint in this action.

7.  Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the District of Maryland is the proper venue for removal because Baltimore City, Maryland, the place where this action is pending, is located within the District of Maryland.

8.  Attached to this Notice are copies of all papers related to this action received by Defendant.

9.  A copy of this Notice has been served on Plaintiff and will be filed with the clerk of the Circuit Court for Baltimore City.

10.  By filing this Notice of Removal, Defendant does not waive its right to object to service of process, the sufficiency of process, jurisdiction over the person, or venue, and specifically reserves the right to assert any defenses and/or objections to which Defendant may be entitled.

Respectfully submitted,

_____
Charles S. Hirsch (#06605)
Robert A. Scott (#024613)
Ballard Spahr LLP
300 E. Lombard Street
18th Floor
Baltimore, MD  21202
410.528.5600

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of August, 2013, a copy of the foregoing Notice of Removal was mailed by first class mail, postage prepaid to:

Scott C. Borison, Esq.
Legg Law Firm, LLC
5500 Buckeystown Pike
Frederick, Maryland 21703

_Robert A. Scott_
Robert A. Scott