# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JOEL R. KASWELL,** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No.: 1:13-cv-02315-RDB |
| **WELLS FARGO BANK, N.A.,** | * | |
| | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Joel R. Kaswell ("Plaintiff") and Defendant, Wells Fargo Bank, N.A. ("Defendant") hereby stipulate and agree that his action is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert A. Scott | /s/ Scott Borison |
| Robert A. Scott | Scott Borison |
| Ballard Spahr LLP | Legg Law Firm, LLC |
| 300 E. Lombard St., 18th Floor | 1900 S. Norfolk Rd., Suite 350 |
| Baltimore, MD  21202 | San Manteo, CA  94493 |
| Phone 410-528-5600 | Phone 301-620-1016 |
| | |
| *Counsel for Defendant* | *Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of December, 2014, I have caused a true and correct copy of the foregoing Stipulation of Dismissal to be filed via ECF and thereby served on all counsel of record.

                                              /s/ Robert A. Scott
                                              Robert A. Scott