# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JOEL R. KASWELL,** | * | |
| **Plaintiff** | * | |
| v. | * | **Civil Action No.: 1:13-cv-02315-RDB** |
| **WELLS FARGO BANK, N.A.,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Joel R. Kaswell ("Plaintiff") and Defendant, Wells Fargo Bank, N.A. ("Defendant") hereby stipulate and agree that his action is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Robert A. Scott
Robert A. Scott
Ballard Spahr LLP
300 E. Lombard St., 18th Floor
Baltimore, MD 21202
Phone 410-528-5600

*Counsel for Defendant*

/s/ Scott Borison
Scott Borison
Legg Law Firm, LLC
1900 S. Norfolk Rd., Suite 350
San Manteo, CA 94493
Phone 301-620-1016

*Counsel for Plaintiff*

DMEAST #20651327 v1

Request Granted this 18th Day of December ,2014.

Richard D. Bennett
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December, 2014, I have caused a true and correct copy of the foregoing Stipulation of Dismissal to be filed via ECF and thereby served on all counsel of record.

          /s/ Robert A. Scott
          Robert A. Scott